**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 23-1217**

─────────────

In re: GRAHAM SCHIFF,

      Plaintiff - Appellant.

─────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, Chief District Judge.  (1:23-mc-00065-JKB)

─────────────

Submitted:  April 27, 2023                        Decided:  May 15, 2023

─────────────

Before THACKER and RUSHING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Graham Harry Schiff, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Graham Harry Schiff seeks to appeal the district court's order requiring him to file all communication with the court with the clerk's office. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Schiff seeks to appeal is neither a final order nor an appealable interlocutory or collateral order; moreover, because it involves filing procedures, it is not injunctive in nature. *See, e.g.*, *Nat'l Wildlife Fed'n v. Nat'l Marine Fisheries Serv.*, 886 F.3d 803, 825 (9th Cir. 2018). Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Schiff's motion for a stay pending appeal and to expedite, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*